IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM-3

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOSE AVENDANO
2.  ALEJANDRO CAMACHO-LEVARIO
3.  **LUIS CAMACHO-LEVARIO**
4.  ANTHONY CORDOVA
5.  RANDEL CUNNINGHAM
6.  ARIEL FRAIRE
7.  DAVID GARCIA
8.  HEATHER GRIMES
9.  JOSE HERNANDEZ
10. MIKE LNU
11. ROBERTO LOPEZ
12. JOSE MUNOZ
13. LUIS MURO-MUNOZ
14. GERARDO TORIBIO
15. VERONICA TYREE
16. BRUNO TYREE
17. OSCAR GARCIA-RUIZ

     Defendants.
_____

**MINUTE ORDER**
_____

ENTERED BY JUDGE WALKER D. MILLER

     Defendant Luis Camacho-Levario's Motion for Stand In Counsel for Status Hearing Scheduled for May 9, 2008 (Docket # 589) is GRANTED.

DATED: May 6, 2008

*s/Valeri P. Barnes, Deputy Clerk*