IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No. 07-cr-00188-WDM-3**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

3.    **LUIS CAMACHO-LEVARIO,**

    **Defendant.**

---

**PRELIMINARY ORDER OF FORFEITURE ONLY AS TO
DEFENDANT LUIS CAMACHO-LEVARIO**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture only as to defendant Luis Camacho-Levario. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant Luis Camacho-Levario entered into a Plea Agreement, Cooperation Agreement and Stipulation of Facts which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. §853; and

THAT prior to the disposition of the asset, the United States Marshals Service is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Luis Camacho-Levario's interest in $12,132.00 in United States Currency is forfeited to the United States in accordance with 21 U.S.C. §853;

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the subject $12,132.00 in United States Currency must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

SO ORDERED this 22nd day of September, 2009.

BY THE COURT:

s/ Walker D. Miller

WALKER D. MILLER
United States District Court Judge