IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. LUIS CAMACHO-LEVARIO,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Sentencing is rescheduled to **January 6, 2010, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 8, 2009

                                              s/Jane Trexler, Judicial Assistant