IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: February 24, 2010 |
| Court Reporter: Darlene Martinez | |
| Probation Officer: Jan Woll | |

Criminal Action No.  07-cr-00188-WDM-3

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| Plaintiff, | |
| v. | |
| 3.  LUIS CAMACHO-LEVARIO, | Arthur Nieto |
| Defendant. | |

## COURTROOM MINUTES - SENTENCING MINUTES

10:07 a.m.    Court in session.

Defendant is present in custody.

Defendant entered his plea of guilty to Count 2 of the Third Superseding Indictment on March 23, 2009.

**ORDERED:**  The statement of facts in the Presentence Report is not disputed by the parties and is adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding Defendant's offense level, criminal history level, and sentencing guidelines range.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 235 - 293 months | 235 months |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | Precluded | Precluded |
| **Fine** | $25,000 to $4,000,000 | Not recommended |
| **Special Assessment** | $100.00 | $100.00 due immediately |
| **Restitution** | N/A | N/A |
| **Community Service** | N/A | N/A |

Argument by Ms. Covell in support of Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance.

Statement by Mr. Nieto.

Statement by Estes Gallegos.

Statement by Carl Martinez.

Statement by Defendant.

**ORDERED**: Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance (Doc. 1077) is granted to the extent set forth on the record.

**ORDERED:** Defendant shall be imprisoned for 150 months.

**ORDERED:** Upon release from imprisonment, Defendant shall be placed on supervised release for a period of five years.

**ORDERED: Conditions of supervised release:**

(X)   Within 72 hours of release from the custody of the Bureau of Prisons,

|       |                                                                                                                                                                              |
|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | defendant shall report in person to the probation office in the district to which Defendant is released.                                                                     |
| (X)   | Defendant shall not commit another federal, state or local crime.                                                                                                            |
| (X)   | Defendant shall not possess a firearm or destructive device.                                                                                                                 |
| (X)   | Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.                                                                                   |
| (X)   | Defendant shall not possess controlled substances.                                                                                                                           |
| (X)   | Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter. |
| (X)   | Defendant shall cooperate in the collection of DNA as directed by the probation officer.                                                                                     |

**ORDERED: Special condition of supervised release:**

- (X) If Defendant is not deported, he shall participate in a program of testing for treatment of drug and alcohol abuse as directed by the probation officer until such time as he is released. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant may be required to pay the cost of treatment.

- (X) If Defendant is deported, he shall not re-enter the United States illegally. If Defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay the $100.00 special assessment which is due immediately.

**ORDERED:** No fine is imposed because Defendant has no ability to pay a fine.

**ORDERED:** Defendant's plea of guilty to Count 2 of the Third Superseding Indictment is accepted.

Defendant is advised of his right to appeal.

Ms. Covell states that she will file a motion to dismiss the remaining counts.

Defendant is remanded to the custody of the U.S. Marshal.

10:44 a.m    Court in recess.

Time. 00:37
Hearing concluded.